UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., a New Jersey Non-Profit Corporation, and RONALD MOORE, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> MCDONALD'S CORPORATION, a Delaware Corporation, and BELBEY ENTERPRISES, INC., a New Jersey Corporation, <br><br> Defendants. | Case No. 3:18-cv-00576-FLW-DEA |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

A resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties, it is hereby stipulated and agreed, by and between the attorneys for Plaintiffs, Ronald Moore and The Independence Project ("Plaintiffs"), and the attorneys for Defendants, McDonald's Corporation and Belbey Enterprises, Inc. ("Defendants"), that Plaintiffs hereby dismiss all claims against both Defendants with prejudice, the parties to bear their own costs and attorney's fees.

Respectfully Submitted,

[INTENTIONALLY LEFT BLANK]

_____ Date: 10/4/18

Keith Harris, Esq.
Braff, Harris, Sukoneck & Maloof
570 Mt. Pleasant Avenue, Suite 200
Livingston, NJ 07039-0657
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
kharris@bhsm-law.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiffs,*
*The Independence Project, Inc.*
*and Ronald Moore*

_____ Date: 10/2/18

Aileen F. Droughton, Esq.
Traub Lieberman Straus &
Shrewsbury LLP
322 Highway 35 South, First Floor
Red Bank, NJ 07701
Telephone: (732) 985-1000
Facsimile: (732) 985-2000
adroughton@traublieberman.com
*Attorneys for Defendant,*
*Belbey Enterprises, Inc.*

and

/s/ Michael Kessel   Date: 10/1/2018
I. Michael Kessel, Esq.
Littler, Mendelson, PC
One Newark Center, 8th Floor
Newark, NJ 07102
Telephone: (973) 848-4700
Facsimile: (973) 556-1467
*Attorneys for Defendant,*
*McDonald's Corporation*

SO ORDERED:

_____
Hon. Freda L. Wolfson, U.S.D.J.

Date: _____

2